**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant(s). | Case No.: 2:20-cv-00597-RFB-NJK |

**PROPOSED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CYNTHIA MORGAN, by and through her attorneys of record, Mountain West Lawyers and Defendants, WALMART, INC., by and through their attorneys of record, Alverson Taylor & Sanders, that this matter be dismissed with prejudice as to all

///
///
///
///
///

1

KB-27648


1 parties, each party to bear their own costs and attorney's fees.

2 DATED this 19th day of October 2022.  DATED this 19th day of October 2022.

ALVERSON TAYLOR & SANDERS.  MOUNTAIN WEST LAWYERS

_____  /s/ Jeffrey R. Gomel
KURT R. BONDS, ESQ.  JEFFREY R. GOMEL, ESQ.
Nevada Bar No. 6228  Nevada Bar No. 3067
PATRICE STEPHENSON-JOHNSON  JASON L. EARNEST, ESQ.
Nevada Bar No. 12283  Nevada Bar No. 6628
6605 Grand Montecito Parkway  MOUNTAIN WEST LAWYERS
Suite 200  3340 South Highway 160, Ste. 202
Las Vegas, Nevada 89149  Pahrump, NV 89048
(702) 384-7000  2920 S. Rainbow Blvd., Ste. 180
*Attorneys for Defendants*  Las Vegas, NV 89146
  *Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 20th day of October, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON
Nevada Bar No. 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

| | |
|---|---|
| **From:** | Stephanie Harris |
| **To:** | Deirdre Renfro; Patrice Stephenson-Johnson; Kurt Bonds |
| **Cc:** | Jeff Gomel; Karra Boley |
| **Subject:** | FW: 27648 Morgan - FW: w9 Mt. West Lawyers |
| **Date:** | Wednesday, October 19, 2022 11:03:44 AM |
| **Attachments:** | image001.png |
| | Proposed SAO for Dismissal.pdf |

Hello,

Mr. Gomel has reviewed the SAO and he gives his permission to electronically affix his signature. Please advise as to when we may pick up the settlement check. Thank you.

Stephanie Harris
Legal Administrator
MOUNTAIN WEST LAWYERS
2920 South Rainbow Boulevard, Suite 180
Las Vegas, Nevada 89146
Phone: (702) 873-0001
Fax: (702) 873-2920
Email: sharris@mountainwestlawyers.com


**From:** Karra Boley <kboley@mountainwestlawyers.com>
**Sent:** Wednesday, October 19, 2022 9:38 AM
**To:** Stephanie Harris <sharris@mountainwestlawyers.com>
**Subject:** Fw: 27648 Morgan - FW: w9 Mt. West Lawyers


**From:** Deirdre Renfro <DRenfro@AlversonTaylor.com>
**Sent:** Wednesday, October 12, 2022 2:40 PM
**To:** Karra Boley <kboley@mountainwestlawyers.com>
**Cc:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>; Kurt Bonds <KBonds@AlversonTaylor.com>; Madison Aguirre <MAguirre@AlversonTaylor.com>
**Subject:** FW: 27648 Morgan - FW: w9 Mt. West Lawyers

Please see attached Proposed SAO for Dismissal.
Thank you,

**Deirdre Renfro** | LEGAL ASSISTANT
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com


**From:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Sent:** Wednesday, October 12, 2022 9:42 AM
**To:** 'Karra Boley' <kboley@mountainwestlawyers.com>
**Cc:** Deirdre Renfro <DRenfro@AlversonTaylor.com>
**Subject:** RE: w9 Mt. West Lawyers

If you could FedEx that original Release that would be great. We will get the SAO to you for review and request permission for signature.

Best regards

**Patrice Stephenson-Johnson**
Alverson Taylor & Sanders
702.384.7000  alversontaylor.com

**From:** Karra Boley <kboley@mountainwestlawyers.com>
**Sent:** Wednesday, October 12, 2022 9:37 AM
**To:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Subject:** Re: w9 Mt. West Lawyers

My ears are always burning lol, do you need me to FedEx the original release to you? Is there a Stip and Order that needs to be singed. Sorry I don't handle many federal cases.

**From:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Sent:** Wednesday, October 12, 2022 9:27 AM
**To:** Karra Boley <kboley@mountainwestlawyers.com>
**Subject:** RE: w9 Mt. West Lawyers

You ears must be burning. We have it for exchange. Ask for De.

Best regards,

**Patrice Stephenson-Johnson**
Alverson Taylor & Sanders
702.384.7000  alversontaylor.com

**From:** Karra Boley <kboley@mountainwestlawyers.com>
**Sent:** Wednesday, October 12, 2022 8:12 AM
**To:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Subject:** Re: w9 Mt. West Lawyers

Good morning, do we have an estimate on when the check for Morgan will be ready?

**From:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Sent:** Monday, September 26, 2022 12:24 PM
**To:** Karra Boley <kboley@mountainwestlawyers.com>
**Subject:** RE: w9 Mt. West Lawyers

Thank you!!

**Patrice Stephenson-Johnson**

Alverson Taylor & Sanders
702.384.7000 : alversontaylor.com

**From:** Karra Boley <kboley@mountainwestlawyers.com>
**Sent:** Monday, September 26, 2022 12:12 PM
**To:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Subject:** w9 Mt. West Lawyers

NOTICE: The information contained in this electronic message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return e-mail and permanently destroy all original messages. Thank you.